UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:18-CR-00479-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ENRIQUE ANTONIO GARCIA | ORDER |

THIS CAUSE came on to be heard and was heard upon the Defendant's Motion to Seal the Motion to Continue the Arraignment and Trail and the Motion for Extension of Time to File Pretrial Motions, which is docket entry number 36. The Court is of the opinion that this motion and its corresponding Order should be filed under seal in the interest of justice.

IT IS, THEREFORE ORDERED that the requested documents to be sealed and be filed under seal.

This the  15  day of March, 2019.

THE HONORABLE TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT COURT JUDGE